IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60075
Summary Calendar
_____

MESAID AL-ENAZI,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

- - - - - - - - - - -

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A 70 627 693

- - - - - - - - - - -
November 19, 1997

Before DUHÉ, DeMOSS and DENNIS, Circuit Judges.

PER CURIAM:[*]

Mesaid Al-Enazi appeals the decision of the Board of Immigration Appeals denying his application for asylum and withholding of deportation. We have reviewed the record and the briefs of the parties and find that the Board's decision is supported by substantial evidence. See Carbajal-Gonzalez v. INS, 78 F.3d 194, 197 (5th Cir. 1996). Al-Enazi's case is not factually distinguishable from this court's decision in Faddoul

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

<u>v. INS</u>, 37 F.3d 185 (5th Cir. 1994).  Accordingly, the petition for review is DENIED.